[No. 31233-2-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
JEROME BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00981-8, Ricardo S. Martinez, J., entered
July 25, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32187-1-I.    Division One.    March 7, 1994.]

JOHN T. LEHNHERR, *Respondent*, v. AMERICAN STATES
INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-18884-8, Liem E. Tuai, J., entered January
27, March 1, and March 12, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J.,
concurred in by Webster, C.J., and Coleman, J.

[No. 31963-9-I.    Division One.    March 7, 1994.]

*In the Matter of the Personal Restraint of*
LIONEL BERRYSMITH,
*Petitioner*.

Petition for relief from personal restraint. *Denied* by un-
published opinion per Pekelis, J., concurred in by Webster,
C.J., and Coleman, J.

[No. 14728-9-II.    Division Two.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT M.
MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 90-1-00108-3, James B. Sawyer II, J., entered
January 22, 1991. *Affirmed* by unpublished opinion per Pet-
rich, J. Pro Tem., concurred in by Morgan, C.J., and Sein-
feld, J.